# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARRIOTT HOTEL SERVICES, INC.,<br><br>　　　　Defendant. | Case No.: 1:20-cv-00107 NONE JLT<br><br>ORDER TO THE PLAINTIFF TO SHOW CASE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO PROSECUTE THIS ACTION AND TO COMPLY WITH COURT ORDERS |

On January 21, 2019, the plaintiff initiated this action related to alleged violations of the Americans with Disabilities Act and other claims. (Doc. 1) The Court issued the summons the same day (Doc. 2) and its order setting the mandatory scheduling conference to occur on April 16, 2020 (Doc. 3). The order reads,

> The Court is unable to conduct a scheduling conference until defendants have been served with the summons and complaint. Accordingly, plaintiff(s) shall diligently pursue service of summons and complaint and dismiss those defendants against whom plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of the summons and complaint so the Court has a record of service. Counsel are referred to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint Failure to timely serve the summons and complaint may result in the imposition of sanctions, including the dismissal of unserved defendants.

(Doc. 3 at 1) Nevertheless, the plaintiff has failed to file proofs of service and the defendant has not appeared. Therefore, the Court ORDERS,

　　　　1.　　**<u>No later than April 3, 2020</u>**, the plaintiff **SHALL** show cause why sanctions, up to and including dismissal should not be imposed for the failure to prosecute this action and comply with

the Court's orders. Alternatively, he may file proof of service.

The plaintiff is advised that the failure to comply will result in sanctions as set forth above.

IT IS SO ORDERED.

Dated: **March 25, 2020**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE